JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| RIGOBERTO MARTINEZ VILLALPANDO,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>Respondents. | Case No. 5:26-cv-06756-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is GRANTED in part as to Counts One and Two. Counts Three and Four of the Petition are DISMISSED WITHOUT PREJUDICE. Respondents shall release Petitioner Rigoberto Martinez Villalpando (A# 222-570-810) on the conditions in effect, if any, immediately prior to his October 16, 2026 detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 24, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge